# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BILLIE JO COSSEY**                                                              **PLAINTIFF**

**v.**                           **Case No. 1:17-cv-00073-KGB**

**HART,** *et al*.                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Billie Jo Cossey's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 3rd day of August, 2018.

                                                                    _____
                                                                    Kristine G. Baker
                                                                    United States District Judge